JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| NORMA JOHNSON, an individual,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>ELAINE MACY, an individual<br><br>　　　　Defendant. | Case No.: CV15-07165-FMO-AS<br><br>Assigned to Courtroom: 22<br>The Hon. Fernando M. Olguin<br><br>**ORDER RE: JOINT STIPULATION TO DISMISS CAUSES OF ACTION WITH PREJUDICE**<br><br>Action Commenced: 09/11/2015<br>Trial Date:  11/08/2016<br>Discovery Cut-Off:  04/27/2016<br>Law & Motion Cut-Off:  08/10/2016 |

## ORDER

Good cause appearing therefore, and in the interest of justice, the above-captioned action is dismissed with prejudice as to all causes of action in the Complaint.

**IT IS SO ORDERED:**

Dated: April 27, 2016

　　　　　　　　　　　　　　　　/s/

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　Hon. Fernando M. Olguin
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE